UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., TERRY CHRYSLER JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A CROSSROADS SUPERSTORE, and WESTMINSTER DODGE, INC.,<br><br>     Plaintiffs,<br>v.<br><br>CHRYSLER GROUP LLC,<br><br>     Defendant. | Case No: 2:10-cv-3876(LDW)(ETB)<br><br>**Notice of Motion** |

TO: Leonard A. Bellavia
   Bellavia Gentile & Associates, LLP
   200 Old Country Road, Suite 400
   Mineola, NY 11501
   516-873-3000
   Fax: 516-873-9302
   Email: lbellavia@dealerlaw.com

  PLEASE TAKE NOTICE that upon the annexed declaration of George W. Mykulak in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Leonard D. Wexler at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of George W. Mykulak, a member of the firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member in good standing of the Bar of the Commonwealth of Massachusetts, as attorney pro hac vice to argue or try this case in whole or in part as counsel.  There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

s/ George W. Mykulak
George W. Mykulak
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Phone: (617) 526 – 6000
Fax: (617) 526-5000
george.mykulak@wilmerhale.com

*Attorney for Defendant Chrysler Group LLC*

Dated: September 29, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., TERRY CHRYSLER JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A CROSSROADS SUPERSTORE, and WESTMINSTER DODGE, INC., <br><br>           Plaintiffs, <br> v. <br><br> CHRYSLER GROUP LLC, <br><br>           Defendant. | Case No: 2:10-cv-3876(LDW)(ETB) <br><br> **Declaration of George W. Mykulak in Support of Motion to Admit Counsel Pro Hac Vice** |

I, George W. Mykulak, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.
2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of Massachusetts.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

                                            s/ George W. Mykulak
                                            George W. Mykulak

Dated: September 29, 2010

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1981**, said Court being the highest Court of Record in said Commonwealth:

**George W. Mykulak**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **September** in the year of our Lord **two thousand and ten.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., TERRY CHRYSLER JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A CROSSROADS SUPERSTORE, and WESTMINSTER DODGE, INC., <br><br>　　　　　　　Plaintiffs, <br>v. <br><br>CHRYSLER GROUP LLC, <br><br>　　　　　　　Defendant. | Case No: 2:10-cv-3876(LDW)(ETB) <br><br>ADMISSION TO PRACTICE PRO HAC VICE |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney George W. Mykulak is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Leonard D. Wexler, USDJ