D# 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EAGLE AUTO MALL CORP., TERRY CHRYSLER       CIVIL ACTION NO.
JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A   2:10-CV-03876
CROSSROADS SUPERSTORE, and WESTMINSTER       (LDW)(ETB)
DODGE, INC.

                           Plaintiffs,          ORDER TO SHOW CUASE

   -against-

CHRYSLER GROUP, LLC,

                        Defendant.
------------------------------------------------------------------X

    Upon the Affidavit of Charlie Morris, sworn to on April 4, 2011, the accompanying memorandum of law dated April 5, 2011 and the exhibits annexed thereto, it is:

    ORDERED, that defendant Chrysler Group, LLC, show cause before the Hon. Leonard D. Wexler, United States District Judge, United States District Court – Eastern District of New York, Long Island Federal Courthouse, 944 Federal Plaza, Central Islip, New York 11722, Court Room 940, on ~~April~~ May 5, ~~2009~~ 11, at 10:30 in the fore noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to the Federal Rules of Civil Procedure ("FRCP") § 65, for a temporary restraining order, enjoining defendant Chrysler Group, LLC ("Chrysler"), until final judgment has been rendered in this action, from awarding or issuing a Dealer Sales and Services Agreement with respect to any Chrysler and Jeep dealership in Clifton Park, New York.

    ORDERED, that, sufficient reason having been shown therefore, pending the hearing and determination of the within application by Terry Chrysler Jeep, Inc., defendant Chrysler Group, LLC, or any of its agents, past or present corporate parents, subsidiaries, affiliates, predecessors, successors and assigns and each of their directors, officers, agents, employees or representatives,

are hereby stayed, enjoined, restrained and prohibited from taking any action in awarding or issuing a Dealer Sales and Services Agreement with respect to any Chrysler and Jeep dealership in Clifton Park, New York..

ORDERED that service of a copy of this order and the annexed affirmation, via overnight mail, upon counsel for defendant Chrysler Group, LLC, WilmerHale, 60 State Street, Boston, MA 02109, on or before April ___, 2011 shall be deemed sufficient service thereof.

Dated: Central Islip, New York
April 6, 2011

_____
United States District Judge

\# Defendant shall respond to this order by April 19, 2011

Plaintiff to reply by April 29, 2011

Parties to return for argument on May 5, 2011 at 10:30 A.M.