UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., TERRY CHRYSLER JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A CROSSROADS SUPERSTORE, and WESTMINSTER DODGE, INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>CHRYSLER GROUP LLC,<br><br>              Defendant. | Case No. 2:10-cv-03876 (LDW) (ETB) |

## [PROPOSED] ORDER DENYING PLAINTIFF TERRY CHRYSLER JEEP INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This matter came on for hearing on May 10, 2011 on Plaintiff Terry Chrysler Jeep Inc.'s Motion for a Preliminary Injunction, and upon consideration of the parties' memoranda, affidavits and testimony, the Motion for a Preliminary Injunction is hereby DENIED for the reasons stated on the record on May 10, 2011.

IT IS SO ORDERED

Dated: May ___, 2011                     _____
                                                                         Hon. Leonard D. Wexler
                                                                         United States District Judge