UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., TERRY CHRYSLER JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A CROSSROADS SUPERSTORE, and WESTMINSTER DODGE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant. | Case No. 2:10-cv-03876 (LDW) (ETB) |

### [~~PROPOSED~~] ORDER DENYING PLAINTIFF TERRY CHRYSLER JEEP INC.'S MOTION FOR A PRELIMINARY INJUNCTION

This matter came on for hearing on May 10, 2011 on Plaintiff Terry Chrysler Jeep Inc.'s Motion for a Preliminary Injunction, and upon consideration of the parties' memoranda, affidavits and testimony, the Motion for a Preliminary Injunction is hereby DENIED for the reasons stated on the record on May 10, 2011.

IT IS SO ORDERED

Dated: May 11, 2011

_____
Hon. Leonard D. Wexler
United States District Judge

Central Islip, NY