## CIVIL CAUSE FOR
## ORDER TO SHOW CAUSE

**BEFORE: WEXLER, J.**       **DATE: 5/10/2011**    **TIME: 10:30 a.m.**

**DOCKET #:** CV 10-3976       **TOTAL TIME: 1 HR**

**TITLE:**    EAGLE AUTO MALL    V.    CHRYSLER

　　**APPEARANCES:**

　　　　**PLTFF**        STEVEN BLATT, ESQ

　　　　**DEFT**         GEORGE W. MYKALAK, ESQ

　　　　**COURT REPORTER**    ELLEN COMBS

**CASE CALLED.**

**COUNSEL PRESENT.**

**HEARING ORDERED AND BEGUN.**

**WILLIAM J. DOUCETTE SWORN AND TESTIFIED.**

**JAMES M. ZAPPONE SWORN AND TESTIFIED.**

**BOTH SIDES ADDUCED EVIDENCE.**

**BOTH SIDES REST.**

**COURT DENIED PRELIMINARY INJUNCTION AS INDICTED ON THE RECORD.**

**HEARING CONCLUDED.**