UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., <br> TERRY CHRYSLER JEEP, INC., <br> JHS BUSINESS ASSOCIATES INC., d/b/a <br> CROSSROADS SUPERSTORE, and <br> WESTMINSTER DODGE, INC., <br><br> Plaintiffs <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant | Case No. 2:10-cv-03876 <br> (LDW) (ETB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### BETWEEN CROSSROADS SUPERSTORE AND CHRYSLER GROUP

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record in the above captioned action that:

1. Plaintiff JHS Business Associates Inc., d/b/a Crossroads Superstore ("Crossroads") and Defendant Chrysler Group LLC ("Chrysler Group") hereby dismiss, with prejudice, all claims that they have asserted, or could have asserted, against each other in this action, including, without limitation, the First and Third Claims for Relief that have been asserted in Crossroads' Complaint and Chrysler Group's Counterclaim against Crossroads.

2. The remaining Plaintiffs Eagle Auto Mall Corp., Terry Chrysler Jeep, Inc., and Westminster Dodge, Inc. ("Remaining Plaintiffs") consent to the relief set forth in this Stipulation.

3. Nothing contained in this Stipulation, nor the parties' actions pursuant to this Stipulation, shall prejudice, compromise, restrict, limit, impede, inhibit or have any effect or consequence whatsoever upon the Remaining Plaintiffs' prosecution, and Chrysler Group's

defense, of the First and Third Claims for Relief that have been asserted by the Remaining Plaintiffs in their Complaint and Chrysler Group's Answer and Counterclaim and Request for Relief as concerns the Remaining Plaintiffs, including, without limitation, the pending Cross-Motions for Summary Judgment by and between the Remaining Plaintiffs and Chrysler Group.

4. This Stipulation may be entered as an Order of the Court.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronically transmitted (i.e., via email) signatures hereupon shall be deemed originals.

Dated: November 8, 2011

BELLAVIA GENTILE & ASSOCIATES, LLP

By: _____
STEVEN BLATT, ESQ.
200 Old Country Road
Mineola, New York 11501
(516) 873-3000

Attorney for Plaintiffs

WILMER, CUTLER, PICKERING, HALE AND DORR, LLP

By: _____
Peter J. Macdonald
Emily M. Meyers
399 Park Avenue
New York, NY 10022
(212) 230-8800

George W. Mykulak (*admitted pro hac vice*)
Robert D. Cultice (*admitted pro hac vice*)
60 State Street
Boston, MA 02109
(617) 526-6000

Attorneys for Chrysler Group LLC

So Ordered:

Dated: November __, 2011

_____
United States District Judge
Hon. Leonard D. Wexler