UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EAGLE AUTO MALL CORP., and ) 
TERRY CHRYSLER JEEP, INC., ) NOTICE OF MOTION
) TO ADMIT COUNSEL
Plaintiffs ) PRO HAC VICE
)
v. )
)
CHRYSLER GROUP LLC, ) Case No. 2:10-cv-03876
) (LDW) (ETB)
Defendant. )

---

To: Peter J. MacDonald
Emily M. Meyers
399 Park Avenue
New York, NY 10022

George W. Mykulak
Robert D. Cultice
60 State Street
Boston, MA 02109

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Green Jacobson, P.C. and a member in good standing of the Bar(s) of the States of Missouri and Illinois, as attorney pro hac vice to argue or try this case in whole or in part as counsel for plaintiffs. There are no pending disciplinary proceedings against me in any State or Federal court.

GREEN JACOBSON, P.C.

By: *[signature]*

Allen P. Press
7733 Forsyth Blvd., Ste. 700
Clayton, MO 63105-2015
tel: 314.862.6800
fax: 314.862.1606
press@stlouislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., and TERRY CHRYSLER JEEP, INC., <br><br> Plaintiffs <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant. | AFFIDAVIT OF ALLEN P. PRESS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE <br><br> Case No. 2:10-cv-03876 (LDW) (ETB) |

State of New York   )
                    ) ss:
County of New York  )

Allen P. Press, being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Green Jacobson, P.C.,

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As will be shown in the Certificates of Good Standing to be supplied, I am a member in good standing of the Bars of the States of Missouri and Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectively submits that he be permitted to appear as counsel and advocate pro hac vice in this case for Plaintiffs.

GREEN JACOBSON, P.C.

By: /s/ Allen P. Press
Allen P. Press
7733 Forsyth Blvd., Ste. 700
Clayton, MO 63105-2015
tel: 314.862.6800
fax: 314.862.1606
press@stlouislaw.com
Attorneys for Plaintiffs

Dated: 1/4/12

State of Missouri     )
                      )
County of St. Louis   )

On this 4th day of January in the year 2012. before me, Petrina Bailey, a Notary Public in and for said state, personally appeared Allen P. Press, known to me to be the person who executed the within Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, and acknowledged to me that he executed the same for the purposes therein stated.

/s/ Petrina M Bailey
Notary Public

PETRINA M. BAILEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: November 05, 2015
Commission Number: 11428558

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/27/1991,

## Allen Patrick Press

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 5th day of January 2012.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Allen P. Press
Green Jacobson, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, MO 63105

Chicago
Tuesday, January 10, 2012

Re:   Allen Patrick Press
      Attorney No. 6211451

To Whom It May Concern:

We have received a request for written verification of the status of Allen Patrick Press for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Allen Patrick Press was admitted to practice law in Illinois on 11/5/1992; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAGLE AUTO MALL CORP., and TERRY CHRYSLER JEEP, INC., <br><br> Plaintiffs <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant. | ADMISSION TO PRACTICE PRO HAC VICE <br><br> Case No. 2:10-cv-03876 (LDW) (ETB) |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Allen P. Press, is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiffs.

This order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____

_____
United States District Judge

cc : Pro Hac Vice Attorney
     Court File