UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
EAGLE AUTO MALL CORP., TERRY CHRYSLER
JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A
CROSSROADS SUPERSTORE, and WESTMINSTER
DODGE, INC.

CIVIL ACTION NO.
2:10-CV-03876
(LDW)(ETB)

Plaintiffs,

DECLARATION OF
STEVEN BLATT, ESQ

-against-

CHRYSLER GROUP, LLC,

Defendant.
-----------------------------------------------------------------------X

STEVEN BLATT, an attorney admitted to practice in the courts of the State of New York and the United States District Court for the Eastern District of New York, declares pursuant to 28 U.S.C. § 1746:

1. I am associated with Bellavia Gentile and Associates, LLP, attorneys for plaintiffs Eagle Auto Mall Corp. ("Eagle"), Terry Chrysler Jeep, Inc. ("Terry"), JHS Business Associates Inc. d/b/a Crossroads Superstore ("Crossroads Superstore") and Westminster Dodge, Inc. ("Westminster") (collectively, the "Plaintiffs"), and as such, I am familiar with the facts and circumstances of this matter.

2. I submit this declaration in opposition to the motion of defendant Chrysler Group LLC ("Chrysler" or "Defendant") for reconsideration of that portion of the Court's December 23, 2011 Memorandum and Order that found a triable issue of fact as to whether the letters of intent of Defendant offered to Plaintiffs constituted "customary and usual" letters of intent.

3. Attached hereto as Exhibit A is a true and correct copy of the Plaintiffs' Complaint filed with the Court on August 24, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of are relevant portions of the Plaintiffs' Responses and Objections to Defendant's First Set of Interrogatories.

5. Attached hereto as Exhibit C is a true and correct copy of a June 23, 2010 letter from John Gentile, Esq. to John Tangeman of Chrysler Group LLC.

6. Attached hereto as Exhibit D is a true and correct copy of a March 10, 2010 letter from Steven Blatt to Magistrate Judge E. Thomas Boyle.

7. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs and Defendant's Joint Pre-Trial Order electronically filed with the Court on January 17, 2012.

8. Attached hereto as Exhibit F is a true and correct copy of a June 1, 2011 letter from Steven Blatt, Esq. to George Mykulak, Esq.

9. Attached hereto as Exhibit G is a true and correct copy of a June 8 letter from Steven Blatt, Esq. to George Mykulak, Esq.

10. Attached hereto as Exhibit H is a true and correct copy of the Stipulation of Dismissal of Plaintiffs' Second, Fourth and Fifth Claims For Relief.

11. Attached hereto as Exhibit I is a true and correct copy of April 9, 2010 email from Seth Orkin to Allyn Stockton; a March 26, 2010 letter from Chrysler Group, LLC to Jeffrey H. Duvall; and an April 28, 2010 executed letter agreement between Chrysler Group, LLC and Duvall Chrysler Dodge Jeep, Inc.

12. Attached hereto as Exhibit J is a true and correct copy of the "letters of intent" provided to Plaintiffs by Defendant.

13. Attached hereto as Exhibit K is a true and correct copy of the July 23, 2009 executed letter agreements between Chrysler Group LLC and Stephen Wade and the September 28, 2009 executed letter agreement between Chrysler Group LLC and Universal Auto Group III, Inc.

14. Attached hereto as Exhibit L is a true and correct copy of an unexecuted letter agreement between Chrysler Group LLC and William Caprara; an unexecuted letter agreement between Chrysler Group LLC and Philip Magure and Timothy Magure; an unexecuted letter agreement between Chrysler Group LLC and Lester Glenn Chrysler Jeep Dodge, Inc.; and an unexecuted letter agreement between Chrysler Group LLC and Walker Jones Chrysler Buick Oldsmobile Inc.

For the foregoing reasons, it is respectfully requested that Chrysler's motion for reconsideration be denied in its entirety.

Dated: Mineola, New York
February 16, 2012

STEVEN BLATT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EAGLE AUTO MALL CORP., TERRY CHRYSLER      CIVIL ACTION NO.
JEEP, INC., JHS BUSINESS ASSOCIATES INC. D/B/A   2:10-CV-03876
CROSSROADS SUPERSTORE, and WESTMINSTER     (LDW)(ETB)
DODGE, INC.

                          Plaintiffs,

      **-against**

CHRYSLER GROUP, LLC,

                          Defendant.
------------------------------------------------------------------X

    STEVEN BLATT, an attorney admitted to practice in the courts of the State of New York, declares pursuant to 28 U.S.C. § 1746:

1. I reside in the State of New York, am above the age of 18 years and not a party to this action.

2. On February 16, 2012 I served the annexed Declaration of Steven Blatt dated February 16, 2012 and Plaintiff's Memorandum of Law dated February 16, 2012 upon:

George Mykulak, Esq.
WilmerHale
60 State Street
Boston, MA 02109 USA

by (a) email - George.Mykulak@wilmerhale.com and (b) by depositing a true copy of the above-mentioned documents in an enclosed and properly addressed envelope to the above-mentioned counsel for Defendant at the address designated by him for service of papers, in an official depository under the exclusive care and custody of Federal Express within the State of New York.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Dated:  Mineola, New York
              February 16, 2012

                                                                       Steven Blatt